UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RANDY ZORNBERG, Individually and on
behalf of all others similarly situated,,

     Plaintiff,

     v.

NAPCO SECURITY TECHNOLOGIES, INC.,
RICHARD L. SOLOWAY, and KEVIN S.
BUCHEL,

     Defendants.

No. 1:23-cv-06465-BMC

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING SERVICE OF AND RESPONSE TO COMPLAINT**

WHEREAS, on August 29, 2023, in the above-captioned case, Plaintiff Randy Zornberg ("Plaintiff") filed a putative class-action complaint (the "Complaint," Dkt. 1) asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder;

WHEREAS, pursuant to 15 U.S.C. § 78u–4(a)(3), the deadline for members of the purported class to move the court to serve as lead plaintiff of the purported class is October 30, 2023;

WHEREAS, Defendants have agreed to accept service of the Summons and Complaint subject to the terms and conditions of the stipulation below;

IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, as follows:

1.     Subject to the reservations of rights contained in paragraphs 2 and 5 below, Defendants agree to waive service of the Complaint in this action.

2.      Except as to the defense of insufficiency of service of process, no defense of any of the Defendants to the claims in the Action, including, but not limited to, defenses based upon lack of personal or subject-matter jurisdiction, lack of standing, or improper venue, is prejudiced or waived by the execution of, agreement to or filing of this stipulation, or by the agreement to accept service of the Summons and Complaint.

3.      Defendants shall not be required to answer, move, or otherwise respond to the Complaint.

4.      Within fourteen (14) days following the entry of an order on the motion for appointment of lead plaintiff, counsel for the parties shall meet and confer regarding a deadline for filing an amended complaint and a briefing schedule for any motions to dismiss pursuant to, inter alia, Rule 12(b)(6) of the Federal Rules of Civil Procedure, and then propose such schedule to the Court for approval.

5.      The parties expressly reserve all other rights of any kind (whether procedural or substantive).

Dated: September 22, 2023

| | |
|---|---|
| */s/ Phillip Kim* | */s/ Jonathan K. Youngwood* |
| Phillip Kim | Jonathan K. Youngwood |
| Laurence M. Rosen | Janet A. Gochman |
| THE ROSEN LAW FIRM, P.A. | SIMPSON THACHER & BARTLETT LLP |
| 275 Madison Avenue, 40th Floor | 425 Lexington Avenue |
| New York, New York 10016 | New York, NY 10017 |
| Telephone: (212) 686-1060 | Telephone: (212) 455-2000 |
| Email:pkim@rosenlegal.com | Email: jyoungwood@stblaw.com |
| Email: lrosen@rosenlegal.com | Email: jgochman@stblaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

2

**SO ORDERED.**

DATED: __September 22_____, 2023

_Brian M. Cogan_

Honorable Brian M. Cogan
United States District Judge