# Exhibit 3

**NAPCO Security Technologies, Inc. Loss Chart**
**between November 7, 2022 and August 18, 2023**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 22.195 |
| Keith Mikkelson | 1/27/2023 | 500 | ($29.35) | ($14,675.00) | 7/11/2023 | 500 | $34.00 | $17,000.00 | | | | |
| | 3/30/2023 | 200 | ($36.85) | ($7,370.00) | 8/10/2023 | 200 | $37.05 | $7,410.00 | | | | |
| | 5/15/2023 | 2 | ($34.35) | ($68.70) | 8/11/2023 | 100 | $38.06 | $3,805.50 | | | | |
| | 5/15/2023 | 292 | ($34.39) | ($10,041.59) | 8/11/2023 | 200 | $37.15 | $7,430.00 | | | | |
| | 5/15/2023 | 6 | ($34.37) | ($206.22) | | | | | | | | |
| | 5/22/2023 | 500 | ($38.76) | ($19,380.65) | | | | | | | | |
| | | 1,500 | | ($51,742.16) | | 1,000 | | $35,645.50 | 500 | $11,097.50 | ($4,999.16) | |