**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDY ZORNBERG, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPCO SECURITY TECHNOLOGIES, INC., RICHARD L. SOLOWAY, and KEVIN S. BUCHEL,<br><br>    Defendants. | Case No. 1:23-cv-06465-BMC<br><br><br><u>CLASS ACTION</u> |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF RICHARD JAMISON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL <u>OF HIS SELECTION OF CO-LEAD COUNSEL</u>**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP.  I submit this declaration in support of the Motion filed by Richard Jamison for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Bleichmar Fonti & Auld LLP ("BFA") and the Schall Law Firm ("SLF") to serve as Co-Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:      Declaration of Assignment from Sheila Jamison to Mr. Jamison

EXHIBIT B:      Declaration of Mr. Jamison;

EXHIBIT C:      Notice of pendency of *Zornberg v. NAPCO Security Technologies, Inc.*, No. 23-cv-06465 (E.D.N.Y.) published on August 29, 2023;

EXHIBIT D:      Certification of Mr. Jamison;

EXHIBIT E:      Chart reflecting financial interest of Mr. Jamison;

EXHIBIT F:      Firm Resume of BFA; and

EXHIBIT G:      Firm Resume of SLF.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of October 2023.


*/s/ Javier Bleichmar*
Javier Bleichmar