# EXHIBIT A

## ASSIGNMENT

This Assignment Agreement is made and entered into as of the day of

_____10/2/2023_____ (the "Effective Date"), by and between Sheila Jamison ("Assignor") and

Rich Jamison ("Assignee") (collectively, the "Parties").

The Parties hereby declare as follows:

1.      The Assignee purchased the publicly traded securities of NAPCO Security

Technologies, Inc. ("NAPCO") on behalf and in the name of the Assignor during the Class

Period, with the consent of the Assignor.

2.      The Assignor hereby assigns, transfers and sets over to Assignee all rights, title,

and interest of the Assignor in any and all claims, demands, and causes of action of any kind

whatsoever which the Assignor has or may have arising from violations under the federal

securities laws of the United States of America, other applicable statutes, and common law

doctrines, including any and all fraud and other tort claims, in connection with the purchase,

acquisition, and/or sale of NAPCO securities.

3.      Further, the Assignor hereby appoints Assignee as the Assignor's true and lawful

attorney-in-fact for the purpose of exercising all powers relating to such causes of action,

including, but not limited to, taking legal action against NAPCO and others named in the matter

captioned *Zornberg v. NAPCO Security Technologies, Inc.*, No. 23-cv-06465 (E.D.N.Y.) as well

as any related actions that have been or may be filed, including moving for appointment as Lead

Plaintiff on or around October 30, 2023.

4.      Assignee agrees to remit any proceeds received as a result of this assignment to

the Assignor.

5.      This Assignment is coupled with an interest and is being provided in exchange for

$1.00 and other good and valuable consideration.

6.      This Assignment shall be binding upon and inure to the benefit of the Parties, their successors and assigns.

7.      We agree to be bound by the results of the litigation.

We declare under penalty of perjury that the foregoing is true and correct.

Assignor

Executed: _____10/2/2023_____

Sheila Jamison

Assignee

Executed: _____10/4/2023_____

Rich Jamison