# EXHIBIT B

## DECLARATION OF RICHARD JAMISON

I, Richard Jamison, declare as follows:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the instant class action on behalf of investors in the securities of NAPCO Security Technologies, Inc. ("NAPCO" or the "Company"), and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") and the Schall Law Firm ("SLF") to be appointed as Co-Lead Counsel. I have personal knowledge of the facts set forth below relating to my activities, actions and beliefs, and would testify competently thereto.

2.      I reside in Asheville, North Carolina. I am 80 years old and have been investing in the stock market for over 50 years. I earned a Doctorate degree in molecular biology and a Masters' degree in business administration. I am a retired financial advisor. I purchased NAPCO securities during the Class Period on behalf and in the name of my wife, Sheila Jamison, and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. I am authorized to seek recovery on her behalf pursuant to an assignment that I am submitting with my motion. Because of the substantial losses incurred, I am motivated to seek the best possible result for myself and the proposed class.

3.      Prior to filing this motion, I spoke with counsel regarding this case. We discussed the claims against Defendants, my interest in serving as Lead Plaintiff, the fiduciary responsibilities and obligations of the appointed Lead Plaintiff to the class, and the Lead Plaintiff's obligation to select counsel, and to ensure that the class's claims will be efficiently and zealously prosecuted by way of my proposed Co-Lead Counsel.

4.      I am informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. I understand my duties as Lead Plaintiff include fair and adequate representation to all members of the class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities.

5.      I understand that my duties as Lead Plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case in a way that best serves the interests of the class. If appointed as Lead Plaintiff, I will monitor and direct the efforts and activities of my proposed Co-Lead Counsel to ensure that the litigation is handled efficiently.

6.      To further ensure this case is prosecuted efficiently, I selected and retained proposed Co-Lead Counsel with a proven track record of litigating securities class actions in such a manner.  In this case, after careful consideration, I selected BFA and SLF as proposed Co-Lead Counsel.  I believe that defendants intend to defend this litigation vigorously, and that the Class will be well-served by having two experienced law firms that can bring their collective resources to bear when prosecuting this matter.  Based on these firms' experience in achieving substantial recoveries in securities class actions, I believe that both firms are well-qualified to represent the Class under my supervision.  I also selected BFA and SLF because I understand that they have a history of successfully prosecuting securities class actions together, including a $21 million resolution in a securities class action against Gatos Silver, which is pending court approval.

7.      I have directed BFA and SLF to prosecute this matter in an efficient, cost-effective fashion and in a manner that serves the best interests of the Class.  I will actively oversee the prosecution of this case by, among other things, reviewing pleadings and motion papers, obtaining regular status reports on the progress of the litigation, participating in discovery, and providing input into litigation decisions, including settlement negotiations.

8.      My counsel and I have each other's contact information and either of us may call for a meeting or conference call at any time, including on an emergency basis if necessary. I am able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via email, as often and regularly as necessary to ensure responsible oversight of counsel. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.

9.      I have no interests antagonistic to the interests of the class and do not believe that I am subject to any unique defenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___10/30/2023_____.

DocuSigned by:

*Richard Jamison*

6ED625D35E69488...

Richard Jamison

3