# EXHIBIT E

Financial Interest Analysis for Richard Jamison
Class Period: November 7, 2022 - August 18, 2023

**FIFO/LIFO - NAPCO Security Technologies, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 11/7/2022 | 0.00 | | |
| Purchase | 4/4/2023 | 200.00 | $37.1700 | ($7,434.00) |
| Purchase | 4/4/2023 | 100.00 | $37.1700 | ($3,717.00) |
| Purchase | 4/4/2023 | 211.00 | $37.1700 | ($7,842.87) |
| Purchase | 4/4/2023 | 400.00 | $37.1690 | ($14,867.60) |
| Purchase | 4/4/2023 | 400.00 | $37.1690 | ($14,867.60) |
| Purchase | 4/4/2023 | 1.00 | $37.1600 | ($37.16) |
| Purchase | 4/4/2023 | 15.00 | $37.1399 | ($557.10) |
| Purchase | 4/4/2023 | 10.00 | $37.1399 | ($371.40) |
| Purchase | 4/4/2023 | 3.00 | $37.1399 | ($111.42) |
| Purchase | 4/4/2023 | 10.00 | $37.1399 | ($371.40) |
| Purchase | 4/4/2023 | 400.00 | $37.1390 | ($14,855.60) |
| Purchase | 6/12/2023 | 250.00 | $40.0638 | ($10,015.95) |
| Purchase | 6/14/2023 | 300.00 | $38.4500 | ($11,535.00) |
| *Total Class Period Purchases* | | **2,300.00** | | **($86,584.10)** |
| None | | | | |
| *Total Class Period Sales Matching to Class Period Purchases* | | 0.00 | | $0.00 |
| None | | | | |
| *Total post-Class Period Sales Matching to Class Period Purchases* | | 0.00 | | $0.00 |
| Retained Shares [1] | | 2,300.00 | $22.1950 | $51,048.50 |

**FIFO/LIFO Gain/(Loss):**    ($35,535.60)

**FIFO/LIFO Based on Dura [2] - NAPCO Security Technologies, Inc.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 11/7/2022 | 0.00 | | |
| Purchase | 4/4/2023 | 200.00 | $37.1700 | ($7,434.00) |
| Purchase | 4/4/2023 | 100.00 | $37.1700 | ($3,717.00) |
| Purchase | 4/4/2023 | 211.00 | $37.1700 | ($7,842.87) |
| Purchase | 4/4/2023 | 400.00 | $37.1690 | ($14,867.60) |
| Purchase | 4/4/2023 | 400.00 | $37.1690 | ($14,867.60) |
| Purchase | 4/4/2023 | 1.00 | $37.1600 | ($37.16) |
| Purchase | 4/4/2023 | 15.00 | $37.1399 | ($557.10) |
| Purchase | 4/4/2023 | 10.00 | $37.1399 | ($371.40) |
| Purchase | 4/4/2023 | 3.00 | $37.1399 | ($111.42) |
| Purchase | 4/4/2023 | 10.00 | $37.1399 | ($371.40) |
| Purchase | 4/4/2023 | 400.00 | $37.1390 | ($14,855.60) |
| Purchase | 6/12/2023 | 250.00 | $40.0638 | ($10,015.95) |
| Purchase | 6/14/2023 | 300.00 | $38.4500 | ($11,535.00) |
| *Total Class Period Purchases* | | **2,300.00** | | **($86,584.10)** |

| | | | |
|---|---|---|---|
| None | | | |
| *Total Class Period Sales Matching to Class Period Purchases* | 0.00 | | $0.00 |
| None | | | |
| *Total post-Class Period Sales Matching to Class Period Purchases* | 0.00 | | $0.00 |
| Retained Shares [1] | 2,300.00 | $22.1950 | $51,048.50 |

**FIFO/LIFO Gain/(Loss) Based on Dura:**    ($35,535.60)

[1] *Shares retained at the end of the Class Period are valued at the average price from August 21, 2023 to October 30, 2023.*

[2] *Dura loss is the summation of the cost of Class Period purchases held through the Disclosure, proceeds of sales matched to purchases held through the Disclosure (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosure during the Class Period occurred after market hours on the last day of the Class Period, August 18, 2023 (the "Disclosure").*