UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RANDY ZORNBERG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAPCO SECURITY TECHNOLOGIES, INC., RICHARD L. SOLOWAY, and KEVIN S. BUCHEL,<br><br>Defendants. | Civil Action No. 1:23-cv-06465-BMC<br><br>CLASS ACTION |

**DECLARATION OF LAWRENCE D. LEVIT IN SUPPORT OF
MOTION OF UNIVERSITY OF PUERTO RICO
RETIREMENT SYSTEM FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Lawrence D. Levit, declare:

1.      I am an attorney with the law firm Abraham, Fruchter & Twersky, LLP, and am admitted to practice before this Court.  I submit this Declaration in support of University of Puerto Rico Retirement System's ("UPR") motion for: (i) appointment as Lead Plaintiff in the above-captioned action, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; and (ii) approval of its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel for the class.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency of the above-captioned action published over *Business Wire*, a national, business-oriented news wire service, on August 29, 2023.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the certification executed on behalf of UPR which demonstrates its class standing and requisite financial interest in the outcome of the litigation.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a loss chart, showing the losses incurred by UPR from its investment in NAPCO Security Technologies, Inc.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October 2023, at New York, New York.

*s/ Lawrence D. Levit*
LAWRENCE D. LEVIT

- 1 -