# EXHIBIT 3

**Loss Chart**

**University of Puerto Rico Retirement System**
**NAPCO Security Technologies, Inc. (NSSC)**
**Shares Purchased in the Class Period: 13,420**
**Net Funds Expended in the Class Period: ($456,196.93)**
**Estimated Gain(Loss): ($158,340.03)**

| Transaction | Trade Date | Number Shares | Price / Share | Amount |
|---|---|---|---|---|
| Class Start | 11/07/2022 | 0 | | |
| Purchase | 03/15/2023 | 690 | 31.4687 | ($21,713.40) |
| Purchase | 03/15/2023 | 539 | 31.8373 | ($17,160.30) |
| Purchase | 03/15/2023 | 190 | 31.8373 | ($6,049.09) |
| Purchase | 03/16/2023 | 630 | 33.6541 | ($21,202.08) |
| Purchase | 03/16/2023 | 788 | 34.1153 | ($26,882.86) |
| Purchase | 03/16/2023 | 270 | 33.6541 | ($9,086.61) |
| Purchase | 03/17/2023 | 926 | 34.1544 | ($31,626.97) |
| Purchase | 03/17/2023 | 3,261 | 33.5802 | ($109,505.03) |
| Purchase | 03/17/2023 | 1,400 | 33.5802 | ($47,012.28) |
| Purchase | 03/20/2023 | 1,166 | 33.7532 | ($39,356.23) |
| Purchase | 03/21/2023 | 550 | 34.9450 | ($19,219.75) |
| Purchase | 03/21/2023 | 1,076 | 34.7268 | ($37,366.04) |
| Purchase | 03/21/2023 | 804 | 34.9450 | ($28,095.78) |
| Purchase | 03/30/2023 | 154 | 36.8367 | ($5,672.85) |
| Purchase | 03/30/2023 | 350 | 37.1390 | ($12,998.65) |
| Purchase | 03/30/2023 | 626 | 37.1390 | ($23,249.01) |
| Class End | 08/18/2023 | 13,420 | | |
| Total Cost | | | | ($456,196.93) |
| Current Value* | | | | $297,856.90 |
| Gain (Loss) | | | | ($158,340.03) |

\* Based on the Average Post Class Closing Price through 10/30/2023 of 22.1950 Per Share