UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| | | x |
| RANDY ZORNBERG, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:23-cv-06465-BMC |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| | : | DECLARATION OF DAVID A. |
| vs. | : | ROSENFELD IN SUPPORT OF MOTION |
| | : | FOR APPOINTMENT AS LEAD |
| NAPCO SECURITY TECHNOLOGIES, INC., | : | PLAINTIFF AND APPROVAL OF LEAD |
| RICHARD L. SOLOWAY, and KEVIN S. BUCHEL, | : | PLAINTIFF'S SELECTION OF LEAD |
| | : | COUNSEL |
| | : | |
| Defendants. | : | |
| | : | |
| | | x |

4876-6637-1467.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant Donald W. Hutchings, Individually and as Trustee of: the Brady Adam Hutchings Irrevocable Trust U/A DTD 12/18/2012; the Caroline Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Donald W Hutchings Living Trust U/A DTD 09/19/1994; the Donald W Hutchings Principal Residence Trust U/A DTD 09/19/1994; the Hutchings Community Property Trust U/A DTD 05/20/2015; the Jay Whitney Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings (hereinafter called "Trustee" or "Trustees"), dated December 18, 2012; the Julie Renee Hutchings Irrevocable Trust U/A DTD 12/18/12; the Kyle Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Pamela Paul Hutchings Living Trust U/A DTD 09/19/1994; and the Pamela Paul Hutchings Principal Residence Trust U/A DTD 09/19/1994 (collectively, "Hutchings")[1] and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of Mr. Hutchings' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on August 29, 2023;

Exhibit B:      Mr. Hutchings' Sworn Certification;

Exhibit C:      Chart of Hutchings' estimated losses, prepared by counsel; and

Exhibit D:      Mr. Hutchings' Declaration.

---

[1]    Mr. Hutchings serves as trustee of these various trusts.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of October, 2023.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4876-6637-1467.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 30, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4876-6637-1467.v1

# Mailing Information for a Case 1:23-cv-06465-BMC Zornberg v. NAPCO Security Technologies, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Janet Gochman**
  jgochman@stblaw.com,managingclerk@stblaw.com,3892155420@filings.docketbird.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Joshua Wolf Ruthizer**
  jruthizer@wolfpopper.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com

- **Jonathan K. Youngwood**
  jyoungwood@stblaw.com,managingclerk@stblaw.com,7448332420@filings.docketbird.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)