# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Donald W. Hutchings, Individually and as Trustee of the Brady Adam Hutchings Irrevocable Trust U/A DTD 12/18/2012; the Caroline Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Donald W. Hutchings Living Trust U/A DTD 09/19/1994; the Donald W. Hutchings Principal Residence Trust U/A DTD 09/19/1994; the Hutchings Community Property Trust U/A DTD 05/20/2015; the Jay Whitney Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings (hereinafter called "Trustee" or "Trustees"), dated December 18, 2012; the Julie Renee Hutchings Irrevocable Trust U/A DTD 12/18/12; the Kyle Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Pamela Paul Hutchings Living Trust U/A DTD 09/19/1994; and the Pamela Paul Hutchings Principal Residence Trust U/A DTD 09/19/1994 ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

NAPCO

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28___ day of October, 2023.

DocuSigned by:

*Donald W. Hutchings*

CBDF2E4A2C084AF...

Donald W. Hutchings, Individually and as Trustee of the Brady Adam Hutchings Irrevocable Trust U/A DTD 12/18/2012; the Caroline Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Donald W. Hutchings Living Trust U/A DTD 09/19/1994; the Donald W. Hutchings Principal Residence Trust U/A DTD 09/19/1994; the Hutchings Community Property Trust U/A DTD 05/20/2015; the Jay Whitney Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings (hereinafter called "Trustee" or "Trustees"), dated December 18, 2012; the Julie Renee Hutchings Irrevocable Trust U/A DTD 12/18/12; the Kyle Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Pamela Paul Hutchings Living Trust U/A DTD 09/19/1994; and the Pamela Paul Hutchings Principal Residence Trust U/A DTD 09/19/1994

DocuSign Envelope ID: 314D79C4-FB1C-4C2C-BE79-A34AE5D36364

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

**Donald W. Hutchings - Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/01/2023 | 1,092 | $36.70 |

**Donald W. Hutchings - Account 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/01/2023 | 1,092 | $36.68 |

**Donald W. Hutchings - Account 3**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/01/2023 | 300 | $36.60 |
| 06/01/2023 | 784 | $36.60 |
| 06/01/2023 | 8 | $36.59 |

**Donald W. Hutchings - Account 4**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/01/2023 | 274 | $36.63 |

**Donald W Hutchings Living Trust U/A DTD 09/19/1994 - Account 1**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 3,226 | $31.80 |
| 02/23/2023 | 100 | $31.79 |
| 02/23/2023 | 332 | $31.78 |
| 02/24/2023 | 7,733 | $31.90 |
| 02/24/2023 | 687 | $31.76 |
| 02/24/2023 | 200 | $31.75 |
| 02/24/2023 | 300 | $31.74 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 300 | $34.00 |
| 04/06/2023 | 2,890 | $33.95 |

DocuSign Envelope ID: 314D79C4-FB1C-4C2C-BE79-A34AE5D36364

**Donald W Hutchings Living Trust U/A DTD 09/19/1994 - Account 2**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 1 | $31.78 |
| 02/23/2023 | 9,246 | $31.83 |
| 02/23/2023 | 100 | $31.82 |
| 02/23/2023 | 100 | $31.76 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 96 | $34.02 |
| 04/06/2023 | 502 | $34.00 |
| 04/06/2023 | 136 | $33.99 |
| 04/06/2023 | 4 | $33.97 |
| 04/06/2023 | 740 | $33.96 |
| 04/06/2023 | 60 | $33.95 |
| 04/06/2023 | 100 | $33.93 |
| 04/06/2023 | 724 | $33.91 |

**Donald W Hutchings Principal Residence Trust U/A DTD 09/19/1994**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 938 | $31.85 |
| 06/05/2023 | 7,320 | $36.90 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 234 | $34.00 |

**Brady Adam Hutchings Irrevocable Trust U/A DTD 12/18/2012**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 2,785 | $31.99 |
| 02/23/2023 | 331 | $31.99 |
| 02/23/2023 | 10 | $31.98 |
| 06/05/2023 | 2,006 | $37.41 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 66 | $34.02 |
| 04/06/2023 | 516 | $34.01 |
| 04/06/2023 | 200 | $34.00 |

**Caroline Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/01/2023 | 366 | $36.66 |
| 06/05/2023 | 300 | $37.27 |
| 06/05/2023 | 150 | $37.27 |

**Hutchings Community Property Trust U/A DTD 05/20/2015**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 7,463 | $32.00 |
| 02/23/2023 | 1,231 | $31.99 |
| 02/23/2023 | 536 | $31.98 |
| 02/23/2023 | 110 | $31.97 |
| 02/23/2023 | 100 | $31.95 |
| 02/24/2023 | 6 | $31.85 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 300 | $34.00 |
| 04/06/2023 | 161 | $34.00 |
| 04/06/2023 | 1,901 | $33.95 |

**Jay Whitney Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings (hereinafter called "Trustee" or "Trustees"), dated December 18, 2012**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 1,126 | $31.94 |
| 02/23/2023 | 1,586 | $31.94 |
| 02/23/2023 | 414 | $31.93 |
| 06/05/2023 | 2,006 | $37.41 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 300 | $34.00 |
| 04/06/2023 | 482 | $34.00 |

**Julie Renee Hutchings Irrevocable Trust U/A DTD 12/18/12**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 938 | $31.93 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 123 | $34.03 |
| 04/06/2023 | 88 | $34.02 |
| 04/06/2023 | 23 | $34.01 |

**Kyle Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/01/2023 | 366 | $36.66 |
| 06/05/2023 | 180 | $37.28 |
| 06/05/2023 | 270 | $37.27 |

**Pamela Paul Hutchings Living Trust U/A DTD 09/19/1994**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 938 | $31.88 |
| 06/01/2023 | 2,083 | $36.86 |
| 06/01/2023 | 2,185 | $36.83 |
| 06/01/2023 | 800 | $36.80 |
| 06/01/2023 | 810 | $36.79 |
| 06/01/2023 | 400 | $36.79 |
| 06/01/2023 | 102 | $36.78 |
| 06/01/2023 | 401 | $36.77 |
| 06/01/2023 | 125 | $36.74 |
| 06/01/2023 | 414 | $36.68 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 234 | $34.00 |

**Pamela Paul Hutchings Principal Residence Trust U/A DTD 09/19/1994**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/23/2023 | 938 | $31.88 |
| 06/01/2023 | 7,320 | $37.00 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 04/06/2023 | 234 | $34.00 |

Prices listed are rounded up to two decimal places.