# EXHIBIT C

Movants' Purchases and Losses          Class Period: 11/07/2022 - 08/18/2023          NAPCO Security Technologies

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Donald W. Hutchings - Account 1** | 06/01/2023 | 1,092 | $36.70 | $40,076.40 | 08/21/2023 | 36 | $22.30 | $802.81 | |
| | | | | | 08/21/2023 | 292 | $22.30 | $6,510.14 | |
| | | | | | 10/11/2023 | 764 | $22.96 | $17,542.89 | |
| | | **1,092** | | **$40,076.40** | | **1,092** | | **$24,855.85** | **($15,220.55)** |
| **Donald W. Hutchings - Account 2** | 06/01/2023 | 1,092 | $36.68 | $40,054.56 | 08/21/2023 | 328 | $22.50 | $7,380.00 | |
| | | | | | 10/11/2023 | 764 | $22.96 | $17,542.89 | |
| | | **1,092** | | **$40,054.56** | | **1,092** | | **$24,922.89** | **($15,131.67)** |
| **Donald W. Hutchings - Account 3** | 06/01/2023 | 300 | $36.60 | $10,980.00 | 08/21/2023 | 328 | $22.50 | $7,380.00 | |
| | 06/01/2023 | 784 | $36.60 | $28,694.01 | 10/11/2023 | 764 | $22.96 | $17,542.89 | |
| | 06/01/2023 | 8 | $36.59 | $292.72 | | | | | |
| | | **1,092** | | **$39,966.73** | | **1,092** | | **$24,922.89** | **($15,043.84)** |
| **Donald W. Hutchings - Account 4** | 06/01/2023 | 274 | $36.63 | $10,036.62 | 08/21/2023 | 160 | $22.55 | $3,608.00 | |
| | | | | | 08/21/2023 | 114 | $22.42 | $2,555.88 | |
| | | **274** | | **$10,036.62** | | **274** | | **$6,163.88** | **($3,872.74)** |
| **Donald W Hutchings Living Trust U/A DTD 09/19/1994 - Account 1** | 02/23/2023 | 3,226 | $31.80 | $102,586.80 | 04/06/2023 | 300 | $34.00 | $10,200.03 | |
| | 02/23/2023 | 100 | $31.79 | $3,179.00 | 04/06/2023 | 2,890 | $33.95 | $98,115.50 | |
| | 02/23/2023 | 332 | $31.78 | $10,550.96 | 08/21/2023 | 8 | $22.65 | $181.20 | |
| | 02/24/2023 | 7,733 | $31.90 | $246,682.70 | 08/21/2023 | 704 | $22.57 | $15,889.28 | |
| | 02/24/2023 | 687 | $31.76 | $21,819.05 | 08/21/2023 | 688 | $22.51 | $15,486.95 | |
| | 02/24/2023 | 200 | $31.75 | $6,350.00 | 08/21/2023 | 200 | $22.51 | $4,502.00 | |
| | 02/24/2023 | 300 | $31.74 | $9,522.00 | 08/21/2023 | 1,216 | $22.50 | $27,360.00 | |
| | | | | | 09/28/2023 | 1,064 | $23.32 | $24,813.97 | |
| | | | | | 09/28/2023 | 5,358 | $23.32 | $124,956.06 | |
| | | | | | 09/28/2023 | 150 | $23.32 | $3,498.21 | |
| | | **12,578** | | **$400,690.51** | | **12,578** | | **$325,003.20** | **($75,687.31)** |
| **Donald W Hutchings Living Trust U/A DTD 09/19/1994 - Account 2** | 02/23/2023 | 1 | $31.78 | $31.78 | 04/06/2023 | 96 | $34.02 | $3,265.44 | |
| | 02/23/2023 | 9,246 | $31.83 | $294,299.26 | 04/06/2023 | 502 | $34.00 | $17,068.00 | |
| | 02/23/2023 | 100 | $31.82 | $3,181.50 | 04/06/2023 | 136 | $33.99 | $4,622.64 | |
| | 02/23/2023 | 100 | $31.76 | $3,175.50 | 04/06/2023 | 4 | $33.97 | $135.88 | |
| | | | | | 04/06/2023 | 740 | $33.96 | $25,130.40 | |
| | | | | | 04/06/2023 | 60 | $33.95 | $2,037.00 | |
| | | | | | 04/06/2023 | 100 | $33.93 | $3,393.00 | |
| | | | | | 04/06/2023 | 724 | $33.91 | $24,550.84 | |
| | | | | | 08/21/2023 | 2,125 | $22.50 | $47,812.50 | |
| | | | | | 09/26/2023 | 1,913 | $23.40 | $44,773.00 | |
| | | | | | 10/02/2023 | 3,047 | $23.25 | $70,829.65 | |
| | | **9,447** | | **$300,688.04** | | **9,447** | | **$243,618.35** | **($57,069.69)** |

Class Period: 11/07/2022 - 08/18/2023

### Donald W Hutchings Principal Residence Trust U/A DTD 09/19/1994

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | 938 | $31.85 | $29,875.21 | 04/06/2023 | 234 | $34.00 | $7,956.00 | |
| 06/05/2023 | 7,320 | $36.90 | $270,108.00 | 08/21/2023 | 2,407 | $22.50 | $54,157.50 | |
| | | | | 09/26/2023 | 722 | $23.40 | $16,898.12 | |
| | | | | 10/02/2023 | 4,895 | $23.25 | $113,787.70 | |
| | **8,258** | | **$299,983.21** | | **8,258** | | **$192,799.32** | **($107,183.88)** |

### Caroline Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 06/01/2023 | 366 | $36.66 | $13,417.56 | 08/21/2023 | 39 | $22.65 | $883.35 | |
| 06/05/2023 | 300 | $37.27 | $11,180.97 | 08/21/2023 | 196 | $22.59 | $4,427.64 | |
| 06/05/2023 | 150 | $37.27 | $5,590.38 | 08/21/2023 | 10 | $22.51 | $225.10 | |
| | | | | 09/28/2023 | 571 | $23.32 | $13,316.52 | |
| | **816** | | **$30,188.91** | | **816** | | **$18,852.61** | **($11,336.30)** |

### Brady Adam Hutchings Irrevocable Trust U/A DTD 12/18/2012

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | 2,785 | $31.99 | $89,092.15 | 04/06/2023 | 66 | $34.02 | $2,244.99 | |
| 02/23/2023 | 331 | $31.99 | $10,588.52 | 04/06/2023 | 516 | $34.01 | $17,549.16 | |
| 02/23/2023 | 10 | $31.98 | $319.80 | 04/06/2023 | 200 | $34.00 | $6,800.00 | |
| 06/05/2023 | 2,006 | $37.41 | $75,044.26 | 08/21/2023 | 1,305 | $22.42 | $29,258.10 | |
| | | | | held | 3,045 | $22.34 | $68,016.42 | |
| | **5,132** | | **$175,044.73** | | **5,132** | | **$123,868.67** | **($51,176.07)** |

### Hutchings Community Property Trust U/A DTD 05/20/2015

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | 7,463 | $32.00 | $238,816.00 | 04/06/2023 | 300 | $34.00 | $10,200.03 | |
| 02/23/2023 | 1,231 | $31.99 | $39,379.69 | 04/06/2023 | 161 | $34.00 | $5,474.00 | |
| 02/23/2023 | 536 | $31.98 | $17,141.28 | 04/06/2023 | 1,901 | $33.95 | $64,538.95 | |
| 02/23/2023 | 110 | $31.97 | $3,516.70 | 08/21/2023 | 102 | $22.51 | $2,296.03 | |
| 02/23/2023 | 100 | $31.95 | $3,195.00 | 08/21/2023 | 100 | $22.51 | $2,251.00 | |
| 02/24/2023 | 6 | $31.85 | $191.07 | 08/21/2023 | 700 | $22.50 | $15,750.00 | |
| | | | | 08/21/2023 | 200 | $22.41 | $4,482.00 | |
| | | | | 08/21/2023 | 100 | $22.39 | $2,239.00 | |
| | | | | 08/21/2023 | 59 | $22.35 | $1,318.65 | |
| | | | | 08/21/2023 | 100 | $22.32 | $2,231.60 | |
| | | | | 08/21/2023 | 100 | $22.32 | $2,231.50 | |
| | | | | 08/21/2023 | 34 | $22.31 | $758.54 | |
| | | | | 08/21/2023 | 64 | $22.30 | $1,427.23 | |
| | | | | 08/21/2023 | 100 | $22.30 | $2,230.01 | |
| | | | | 08/21/2023 | 466 | $22.30 | $10,391.80 | |
| | | | | held | 4,959 | $22.34 | $110,769.60 | |
| | **9,446** | | **$302,239.74** | | **9,446** | | **$238,589.93** | **($63,649.81)** |

### Jay Whitney Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings (hereinafter called "Trustee" or "Trustees"), dated December 18, 2012

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 02/23/2023 | 1,126 | $31.94 | $35,964.44 | 04/06/2023 | 300 | $34.00 | $10,200.03 | |
| 02/23/2023 | 1,586 | $31.94 | $50,655.57 | 04/06/2023 | 482 | $34.00 | $16,388.00 | |
| 02/23/2023 | 414 | $31.93 | $13,216.95 | 08/21/2023 | 1,305 | $22.50 | $29,362.50 | |
| 06/05/2023 | 2,006 | $37.41 | $75,044.26 | held | 3,045 | $22.34 | $68,016.42 | |
| | **5,132** | | **$174,881.22** | | **5,132** | | **$123,966.95** | **($50,914.27)** |

Movants' Purchases and Losses   Case 1:23-cv-06465-BMC   Document 22-3   Filed 10/30/23   Page 4 of 4 PageID #: 313   NAPCO Security Technologies

Class Period: 11/07/2022 - 08/18/2023

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Julie Renee Hutchings Irrevocable Trust U/A DTD 12/18/12** | 02/23/2023 | 938 | $31.93 | $29,950.25 | 04/06/2023 | 123 | $34.03 | $4,185.69 | |
| | | | | | 04/06/2023 | 88 | $34.02 | $2,993.76 | |
| | | | | | 04/06/2023 | 23 | $34.01 | $782.23 | |
| | | | | | 08/21/2023 | 211 | $22.50 | $4,747.50 | |
| | | | | | 09/26/2023 | 493 | $23.40 | $11,538.47 | |
| | | **938** | | **$29,950.25** | | **938** | | **$24,247.65** | **($5,702.60)** |
| **Kyle Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014** | 06/01/2023 | 366 | $36.66 | $13,417.56 | 08/21/2023 | 245 | $22.23 | $5,446.35 | |
| | 06/05/2023 | 180 | $37.28 | $6,710.22 | 09/28/2023 | 571 | $23.32 | $13,316.52 | |
| | 06/05/2023 | 270 | $37.27 | $10,062.90 | | | | | |
| | | **816** | | **$30,190.68** | | **816** | | **$18,762.87** | **($11,427.81)** |
| **Pamela Paul Hutchings Living Trust U/A DTD 09/19/1994** | 02/23/2023 | 938 | $31.88 | $29,903.00 | 04/06/2023 | 234 | $34.00 | $7,956.00 | |
| | 06/01/2023 | 2,083 | $36.86 | $76,779.38 | 08/21/2023 | 2,407 | $22.50 | $54,157.00 | |
| | 06/01/2023 | 2,185 | $36.83 | $80,473.55 | 09/28/2023 | 5,617 | $23.32 | $130,996.30 | |
| | 06/01/2023 | 800 | $36.80 | $29,439.92 | | | | | |
| | 06/01/2023 | 810 | $36.79 | $29,799.90 | | | | | |
| | 06/01/2023 | 400 | $36.79 | $14,715.60 | | | | | |
| | 06/01/2023 | 102 | $36.78 | $3,751.56 | | | | | |
| | 06/01/2023 | 401 | $36.77 | $14,744.77 | | | | | |
| | 06/01/2023 | 125 | $36.74 | $4,592.50 | | | | | |
| | 06/01/2023 | 414 | $36.68 | $15,185.48 | | | | | |
| | | **8,258** | | **$299,385.66** | | **8,258** | | **$193,109.30** | **($106,276.35)** |
| **Pamela Paul Hutchings Principal Residence Trust U/A DTD 09/19/1994** | 02/23/2023 | 938 | $31.88 | $29,903.06 | 04/06/2023 | 234 | $34.00 | $7,956.00 | |
| | 06/01/2023 | 7,320 | $37.00 | $270,840.00 | 08/21/2023 | 2,407 | $22.50 | $54,157.50 | |
| | | | | | 09/28/2023 | 5,617 | $23.32 | $130,996.30 | |
| | | **8,258** | | **$300,743.06** | | **8,258** | | **$193,109.80** | **($107,633.26)** |
| **Movants' Total** | | **72,629** | | **$2,474,120.32** | | **72,629** | | **$1,776,794.16** | **($697,326.16)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $22.34 as of October 26, 2023 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
  will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.