

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
**T** 212.335.4500
**F** 212.335.4501
**W** www.dlapiper.com

JOHN J. CLARKE JR.
john.clarke@us.dlapiper.com
**T** 212.335.4920

April 1, 2024

*By ECF*

Hon. Brian M. Cogan
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Zornberg v. NAPCO Security Technologies, Inc.*,
>        Case No. 1:21-cv-6465-BMC (E.D.N.Y.)

Dear Judge Cogan:

We represent defendants Needham & Company, LLC and William Blair & Company, L.L.C. (together, the "Underwriter Defendants"). Pursuant to section III.A.2 of the Court's individual practices, I am writing on behalf of the Underwriter Defendants to join in the request for a pre-motion conference submitted by NAPCO Security Technologies, Inc. and the individual defendants (together, the "NAPCO Defendants") [ECF No. 49].

The NAPCO Defendants have requested a pre-motion conference to discuss a proposed motion to dismiss the amended complaint to be filed by all defendants. The Underwriter Defendants anticipate they will join in the proposed motion to dismiss discussed in that letter. For the arguments the Underwriter Defendants anticipate will be raised in their motion to dismiss, we respectfully refer to and incorporate by reference all of the arguments for dismissal of plaintiffs' claims under the Securities Act of 1933 that are discussed in the NAPCO Defendants' pre-motion letter, except that plaintiffs' claims under Securities Act § 15 have not been asserted against the Underwriter Defendants, and the arguments for dismissal of those claims would not apply to them. Compl. ¶¶ 202-06.

Respectfully submitted,

/s/ John J. Clarke, Jr.

John J. Clarke, Jr.

cc.:  Counsel for record
       (*By ECF*)