UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RANDY ZORNBERG, Individually and on
behalf of all others similarly situated,

    Plaintiff,

    v.

NAPCO SECURITY TECHNOLOGIES, INC.,
RICHARD L. SOLOWAY, KEVIN S.
BUCHEL, PAUL STEPHEN BEEBER, RICK
LAZIO, DONNA SOLOWAY, ROBERT
UNGAR, ANDREW J. WILDER, NEEDHAM
& COMPANY, LLC, and WILLIAM BLAIR
& COMPANY, L.L.C.,

    Defendants.

Civil Action No. 1:23-cv-06465-BMC

CLASS ACTION

### DECLARATION OF JONATHAN K. YOUNGWOOD

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1.    I am a member of the law firm Simpson Thacher & Bartlett LLP, attorneys for Defendant NAPCO Securities Technologies, Inc. ("NAPCO") and the Individual Defendants.[1] I am a member of the bar of the State of New York and the United States District Court for the Eastern District of New York. I submit this declaration in support of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

2.    Attached as **Exhibit 1** is a true and correct copy of NAPCO's FY 2022 Annual Report, filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K on August 29, 2022.

---

[1] Capitalized terms that are not defined herein have the same meanings as in Defendants' concurrently filed Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint ("Defendants' Brief").

1

3.      Attached as **Exhibit 2** is a true and correct copy of NAPCO's Q1 2023 Earnings Press Release, filed with the SEC on Form 8-K on November 7, 2022, which is referenced at ¶¶ 70, 75-77.[2]

4.      Attached as **Exhibit 3** is a true and correct copy of NAPCO's Q1 2023 Earnings Call Transcript, which took place on November 7, 2022 and is referenced at ¶ 77.

5.      Attached as **Exhibit 4** is a true and correct copy of NAPCO's Q3 2023 Earnings Call Transcript, which took place on May 8, 2023 and is referenced at ¶ 103.

6.      Attached as **Exhibit 5** is a true and correct copy of NAPCO's Q4 2023 Earnings Call Transcript, which took place on August 29, 2023.

7.      Attached as **Exhibit 6** is a true and correct copy of NAPCO's Restatement Press Release, filed with the SEC on Form 8-K on August 18, 2023, which is referenced at ¶¶ 5, 39, 105, 159.

8.      Attached as **Exhibit 7** is a true and correct copy of NAPCO's Q1 2023 Quarterly Report, filed with the SEC on Form 10-Q on November 7, 2022, which is referenced at ¶¶ 71, 73, 156, 168, 172, 174.

9.      Attached as **Exhibit 8** is a true and correct copy of NAPCO's Shelf Registration Statement, filed with the SEC on Form S-3 on September 12, 2022, which is referenced at ¶¶ 151-52, 185, 187.

10.     Attached as **Exhibit 9** is a true and correct copy of NAPCO's Prospectus Supplement for the SPO, filed with the SEC pursuant to Rule 424(b)(7) on February 10, 2023, which is referenced at ¶ 154.

11.     Attached as **Exhibit 10** is a true and correct copy of NAPCO's Statement of Changes in Director Defendant Soloway's Beneficial Ownership, filed with the SEC on Form 4 on February 15, 2023.

---

[2] Citations to the Complaint are " ¶_".

12.     Attached as **Exhibit 11** is a true and correct copy of NAPCO's Statement of Changes in Director Defendant Buchel's Beneficial Ownership, filed with the SEC on Form 4 on February 15, 2023.

13.     Attached as **Exhibit 12** is a true and correct copy of NAPCO's Insider Trading Policy dated May 6, 2021, filed with the SEC on Form 8-K on May 6, 2021.

14.     Attached as **Exhibit 13** is a true and correct copy of NAPCO's Prospectus Supplement for a March 8, 2024 public offering, filed with the SEC pursuant to Rule 424(b)(7) on March 7, 2024.

15.     Attached as **Exhibit 14** is a true and correct copy of NAPCO's Statement of Changes in Director Defendant Soloway's Beneficial Ownership, filed with the SEC on Form 4 on March 12, 2024.

16.     Attached as **Exhibit 15** is a true and correct copy of the Nasdaq Real Time Price for NAPCO Security Technologies, Inc. (NSSC), provided by Yahoo Finance (last accessed April 26, 2024).

17.     Attached as **Exhibit 16** is a true and correct copy of NAPCO's announcement of Baker Tilly's replacement as external auditor, filed with the SEC on Form 8-K on November 3, 2023, which is referenced at ¶ 110.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th day of April, 2024 at New York, New York.

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood

3