# Exhibit 14

SEC Form 4

## FORM 4

| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
| | Washington, D.C. 20549 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

# STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| SOLOWAY RICHARD | NAPCO SECURITY TECHNOLOGIES, INC [ NSSC ] | X  Director    X  10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below)    Other (specify below) |
| 333 BAYVIEW AVENUE | 03/08/2024 | Pres, CEO, Chairman, Secy |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| AMITYVILLE   NY      11701 | | X  Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | ☐  Form filed by More than One Reporting Person |

| Rule 10b5-1(c) Transaction Indication |
|---|
| ☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10. |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/08/2024 | | S | | 2,000,000[(1)] | D | $40.75[(1)] | 1,706,010 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $22.495 | | | | | | | [(2)] | 10/19/2031 | Common Stock | 100,000 | | 100,000 | D | |
| Employee Stock Option (Right to Buy) | $26.94 | | | | | | | [(3)] | 08/25/2032 | Common Stock | 10,000 | | 10,000 | D | |

**Explanation of Responses:**

1. Pursuant to a Registration Statement on Form S-3 that became effective on March 5, 2024 and an underwriting agreement dated March 5, 2024, Mr. Soloway sold 2,000,000 shares of common stock of the Issuer in an underwritten secondary public offering. The shares were sold at a public offering price of $40.75 per share and Mr. Soloway paid an underwriting discount and commission of $1.01875 per share, resulting in a net price of $39.73125 per share. Mr. Soloway also granted the underwriters a 30-day option to purchase 300,000 additional shares of common stock at the same price and at the same underwriting discount and commission.

2. Exercisable, cumulatively, at 20% per year commencing October 19, 2021.

3. Exercisable, cumulatively, at 20% per year commencing August 25, 2022.

| /s/ Richard Soloway | 03/12/2024 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**