UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY ZORNBERG, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NAPCO SECURITY TECHNOLOGIES, INC., RICHARD L. SOLOWAY, KEVIN S. BUCHEL, PAUL STEPHEN BEEBER, RICK LAZIO, DONNA SOLOWAY, ROBERT UNGAR, ANDREW J. WILDER, NEEDHAM & COMPANY, LLC, and WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. | Civil Action No. 1:23-cv-06465-BMC <br><br> <u>CLASS ACTION</u> |

## <u>REPLY DECLARATION OF JONATHAN K. YOUNGWOOD</u>

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1.      I am a member of the law firm Simpson Thacher & Bartlett LLP, attorneys for Defendant NAPCO Securities Technologies, Inc. ("NAPCO") and the Individual Defendants.[1] I am a member of the bar of the State of New York and the United States District Court for the Eastern District of New York.  I submit this declaration in support of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

2.      Attached as **Exhibit A** are the true and correct copies of NAPCO's Statements of Changes in Director Defendant Soloway's Beneficial Ownership, filed with the SEC on Form 4s

---

[1] Capitalized terms that are not defined herein have the same meanings as in Defendants' concurrently filed Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint ("Defendants' Reply Brief").

2

on September 17, 2021, December 23, 2020, December 17, 2020, September 18, 2013, and December 12, 2012, respectively.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 1st day of August, 2024 at New York, New York.

*/s/ Jonathan K. Youngwood*
Jonathan K. Youngwood