UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— x

RANDY ZORNBERG, Individually and on       :     Civil Action No. 1:23-cv-06465-BMC
Behalf of All Others Similarly Situated,       :
                                               :     CLASS ACTION
                          Plaintiff,           :
                                               :
        vs.                                    :
                                               :
NAPCO SECURITY TECHNOLOGIES, INC.,       :
RICHARD L. SOLOWAY, KEVIN S.                  :
BUCHEL, PAUL STEPHEN BEEBER, RICK            :
LAZIO, DONNA SOLOWAY, ROBERT                 :
UNGAR, ANDREW J. WILDER, NEEDHAM             :
& COMPANY, LLC, and WILLIAM BLAIR            :
& COMPANY, L.L.C.,                            :
                                               :
                          Defendants.          :
                                               :
———————————————————— x

**DECLARATION OF ERIN W. BOARDMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, ERIN W. BOARDMAN, declare as follows:

1.    I am a partner at the law firm Robbins Geller Rudman & Dowd LLP, co-lead counsel to Lead plaintiff Donald W. Hutchings, individually and as trustee of several trusts ("Lead Plaintiff" or "Hutchings"), and additional plaintiff City of Warren Police and Fire Retirement System in the above-captioned action, and am admitted to practice before this Court. I respectfully submit this Declaration in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    The Expert Report of Bjorn I. Steinholt, CFA, dated September 29, 2025.

Exhibit B:    Declaration of Donald W. Hutchings in Support of Plaintiffs' Motion for Class Certification, dated September 25, 2025.

Exhibit C:    Declaration of Jennifer Essenmacher in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, dated September 18, 2025.

Exhibit D:    Firm Résumé of Robbins Geller Rudman & Dowd LLP.

Exhibit E:    Firm Résumé of Johnson Fistel, PLLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29th of September, 2025.

/s/ Erin W. Boardman
ERIN W. BOARDMAN

- 1 -