# EXHIBIT B

Docusign Envelope ID: 3DDAA266-338E-4D71-9FA6-CA1BB9599C69

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

RANDY ZORNBERG, Individually and on
Behalf of All Others Similarly Situated,

                  Plaintiff,

    vs.

NAPCO SECURITY TECHNOLOGIES, INC.,
RICHARD L. SOLOWAY, KEVIN S.
BUCHEL, PAUL STEPHEN BEEBER, RICK
LAZIO, DONNA SOLOWAY, ROBERT
UNGAR, ANDREW J. WILDER, NEEDHAM
& COMPANY, LLC, and WILLIAM BLAIR
& COMPANY, L.L.C.,

                  Defendants.

---------------------------------------------------------- x

: Civil Action No. 1:23-cv-06465-BMC

: CLASS ACTION

: DECLARATION OF DONALD W.
: HUTCHINGS IN SUPPORT OF
: PLAINTIFFS' MOTION FOR CLASS
: CERTIFICATION

I, DONALD W. HUTCHINGS, individually and as Trustee of the Trusts,[1] declare as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am a retired businessman, having previously served as Chairman and President of a property development company and Chief Financial Officer for a publishing company. I hold a Master's degree in Business Administration from Harvard University and have nearly 35 years of investing experience. As Trustee for the Trusts, I am responsible for the administration and operations of the Trusts and am authorized to represent the Trusts in connection with Plaintiffs' application for class certification. I seek appointment as a class representative in this action, along with plaintiff City of Warren Police and Fire Retirement System.

3.      Like other members of the proposed Class, I suffered damages as a result of Defendants' allegedly materially false and misleading statements. During the Class Period, I purchased tens of thousands shares of NAPCO common stock and suffered significant losses as a result of Defendants' alleged misconduct.

4.      I am committed to vigorously prosecuting this litigation. I intend to pursue the largest recovery for the class consistent with good faith and sound judgment.

---

[1]   The Trusts are: the Brady Adams Hutchings Irrevocable Trust U/A DTD 12/18/2012; the Caroline Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Donald W Hutchings Living Trust U/A DTD 09/19/1994; the Donald W Hutchings Principal Residence Trust U/A DTD 09/19/1994; the Hutchings Community Property Trust U/A DTD 05/20/2015; the Jay Whitney Hutchings Irrevocable Trust, Grantors Donald W. Hutchings and Pamela Paul Hutchings, dated December 18, 2012; the Julie Renee Hutchings Irrevocable Trust U/A DTD 12/18/12; the Kyle Hutchings Morin Irrevocable Trust U/A DTD 12/30/2014; the Pamela Paul Hutchings Living Trust U/A DTD 09/19/1994; and the Pamela Paul Hutchings Principal Residence Trust U/A DTD 09/19/1994.

5.    I have been actively involved in this litigation and have remained informed as to the status of its prosecution.  In my capacity as Lead Plaintiff, I have directly overseen counsel litigating this action.  Specifically, during the course of the litigation I have: (a) received and reviewed periodic updates and other correspondence from counsel; (b) reviewed pleadings and other documents in this case; (c) collected materials for discovery; and (d) participated in discussions with counsel regarding significant developments in the litigation.

6.    I understand the role and responsibilities of a Lead Plaintiff and class representative and am committed to staying informed concerning the status of this case and consulting with counsel on major case developments, including important motions, settlement discussions, trial preparation, and trial.

7.    I am committed to continuing to actively monitor and participate in the ongoing prosecution of this action and fulfilling my fiduciary duty to all members of the proposed class to provide fair and adequate representation by, among other things, monitoring the efforts of my selected counsel, Johnston Fistel, PLLP ("Johnston Fistel") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller").  I selected Johnson Fistel and Robbins Geller as my proposed class counsel based on both firms' substantial experience in prosecuting securities actions.  I believe both Johnson Fistel and Robbins Geller possess the necessary financial and human resources to prosecute this case effectively.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 25 day of September 2025.

DocuSigned by:

*Donald W. Hutchings*

CBDF2E4A2C084AF…

DONALD W. HUTCHINGS

(individually and on behalf of the Trusts)
