# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x

RANDY ZORNBERG, Individually and on          :     Civil Action No. 1:23-cv-06465-BMC
Behalf of All Others Similarly Situated,              :
                                                                      :     <u>CLASS ACTION</u>
                                    Plaintiff,               :
                                                                      :     DECLARATION OF JENNIFER
                                                                      :     ESSENMACHER IN SUPPORT OF
            vs.                                                   :     PLAINTIFFS' MOTION FOR CLASS
                                                                      :     CERTIFICATION AND APPOINTMENT OF
NAPCO SECURITY TECHNOLOGIES, INC., :     CLASS REPRESENTATIVES AND CLASS
RICHARD L. SOLOWAY, KEVIN S.               :     COUNSEL
BUCHEL, PAUL STEPHEN BEEBER, RICK :
LAZIO, DONNA SOLOWAY, ROBERT            :
UNGAR, ANDREW J. WILDER, NEEDHAM :
& COMPANY, LLC, and WILLIAM BLAIR    :
& COMPANY, L.L.C.,                                   :
                                                                      :
                                    Defendants.           :
                                                                      :
———————————————————————— x

I, JENNIFER ESSENMACHER, declare as follows:

1.    I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.    City of Warren Police and Fire Retirement System ("City of Warren") is a governmental defined benefit pension plan based in Warren, Michigan, serving police and fire department personnel.  City of Warren has approximately $315 million assets under management and is operated for the benefit of hundreds of participants, pensioners, and beneficiaries.

3.    I am the Administrator of City of Warren.  As Administrator, I participate in and oversee decisions regarding the administration and operations of City of Warren and am authorized to represent it in connection with Plaintiffs' motion for class certification.   I am aware of the process in place by which the Board of Trustees of City of Warren vets and, when appropriate, approves City of Warren's participation in securities litigations such as this one.  As part of this process, I along with City of Warren's counsel have been delegated to oversee this litigation and together have in fact monitored outside legal counsel in this litigation.

4.    During the class period, City of Warren purchased 5,513 shares of NAPCO common stock, including 248 shares in the offering.  ECF 40.  City of Warren seeks appointment as a class representative in this action, along with lead plaintiff Donald W. Hutchings.

5.    City of Warren understands that the Private Securities Litigation Reform Act of 1995 was enacted to encourage institutional investors and others with meaningful losses to seek to direct securities class actions. City of Warren is a large, sophisticated institutional investor that is committed to vigorously prosecuting this litigation.  Should it be appointed as class representative,

- 2 -

City of Warren intends to pursue the largest recovery for the class consistent with good faith and sound judgment.

6.    City of Warren has been actively involved in this litigation and has remained informed as to the status of its prosecution.  In my capacity as Administrator of City of Warren, I have directly overseen counsel litigating this action.  Specifically, during the course of the litigation, I have: (a) received and reviewed periodic updates and other correspondence from counsel; (b) reviewed pleadings and other documents in this case; and (c) participated in discussions with counsel regarding significant developments in the litigation.

7.    City of Warren understands the role and responsibilities of a class representative and is committed to staying informed concerning the status of this case and consulting with counsel on major case developments, including important motions, settlement discussions, trial preparation, and trial.

8.    City of Warren is committed to continuing to actively monitor and participate in the ongoing prosecution of this action and, should it be appointed class representative, to fulfilling its fiduciary duty to all members of the proposed class to provide fair and adequate representation by, among other things, monitoring the efforts of its selected counsel, Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Mr. Hutchings' counsel, Johnston Fistel, PLLP ("Johnston Fistel").

9.    City of Warren selected Robbins Geller as its proposed class counsel based on the firm's substantial experience in prosecuting securities class actions.  City of Warren believes both Robbins Geller and Johnson Fistel possess the necessary financial and human resources to prosecute this case effectively.

10.    I understand City of Warren's role if appointed as a class representative, and I am willing and able to represent the proposed Class of behalf of City of Warren.  I will remain

informed of the status and progress of this litigation, the strengths and weaknesses of the case, as well as, at the appropriate time, the prospects for settlement. I will consult with counsel in advance of major litigation events, such as settlement discussions, trial preparation, and trial.

11.    I recognize that City of Warren owes a fiduciary duty to the proposed class and, if appointed class representative, City of Warren will take all steps necessary to vigorously fulfill that duty.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2025, at City of Warren One City Sq Ste 415. Warren MI 48093

_Jennifer Essenmacher_
JENNIFER ESSENMACHER
ADMINISTRATOR

- 3 -