February 19, 2026

<u>VIA ECF</u>

Honorable Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Zornberg v. NAPCO Sec. Techs., Inc.*, No. 1:23-cv-06465-BMC (E.D.N.Y.)

Dear Judge Cogan:

We jointly write, on behalf of Class Representatives Donald W. Hutchings and City of Warren Police and Fire Retirement System ("Plaintiffs") and Defendants Napco Security Technologies, Inc., Richard L. Soloway, and Kevin S. Buchel ("Defendants") (together, the "Parties"), to respectfully inform the Court that, in light of the Court's February 12, 2026 Order extending the fact discovery deadline, the Parties have agreed upon a proposed revised civil case management plan to govern the remaining pretrial discovery deadlines for expert disclosures and expert discovery. The Parties respectfully request that the Court So-Order the [Proposed] Revised Civil Case Management Plan attached as Exhibit A hereto, or in the alternative, schedule a conference to discuss the [Proposed] Revised Civil Case Management Plan.

Respectfully submitted,

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>SAMUEL H. RUDMAN<br>ERIN W. BOARDMAN | SIMPSON THACHER &<br>BARTLETT LLP<br>JONATHAN K. YOUNGWOOD<br>JANET A. GOCHMAN |
| */s/ Erin W. Boardman*<br>ERIN W. BOARDMAN | */s/ Jonathan K. Youngwood*<br>JONATHAN K. YOUNGWOOD |
| 58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>eboardman@rgrdlaw.com | 425 Lexington Avenue<br>New York, NY 10017<br>Telephone: 212/455-3539<br>212/455-2502 (fax)<br>jyoungwood@stblaw.com |

Honorable Brian M. Cogan, U.S.D.J.
February 19, 2026
Page 2

jgochman@stblaw.com

JOHNSON FISTEL, PLLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
michaelf@johnsonfistel.com

*Counsel for Defendants*

JOHNSON FISTEL, PLLP
JEFFREY A. BERENS
2373 Central Park Boulevard, Suite 100
Denver, CO  80238
Telephone:  303/861-1764
jeffb@johnsonfistel.com

*Lead Counsel for Plaintiffs*